**Walter J. KANE**

v.

**UNITED STATES.**

**No. 17182.**

United States Court of Appeals
Eighth Circuit.

Oct. 15, 1962.

Walter J. Kane, pro se.

Robert D. Smith, U. S. Atty., for appellee.

PER CURIAM.

Appeal from District Court docketed without payment of fee and appeal dismissed as frivolous.

**F. D. RICH COMPANY, Inc. and American Surety Company of New York,**
Appellants,

v.

**UNITED STATES of America for the Use of H. G. HARDERS & SON, INC.,**
Appellee.

**No. 19502.**

United States Court of Appeals
Fifth Circuit.

Oct. 17, 1962.

Ford L. Thompson, Tallahassee, Fla., Lawrence Gochberg, Stamford, Conn., for appellants.

Charles S. Isler, Jr., Panama City, Fla., for appellee.

Before JONES and BELL, Circuit Judges, and ESTES, District Judge.

PER CURIAM.

Before us, as before the district court, the sufficiency of notice under the Miller Act, 40 U.S.C.A. § 270a et seq., is the primary question. This case is controlled by the principles stated in Coffee v. United States, 5th Cir. 1946, 157 F.2d 968. For the reasons there stated, the judgment of the district court, 199 F. Supp. 939, is

Affirmed.

**George J. SHEDLER, Jr., a minor by and through his father and next friend, George J. Shedler, Sr., Plaintiff-Appellee,**

v.

**Anthony MICHALS and Wayne Michals, Defendants-Appellants.**

**No. 86, Docket 27653.**

United States Court of Appeals
Second Circuit.

Argued Oct. 30, 1962.

Decided Oct. 30, 1962.

Ronald D. Williams, of Pullman, Comley, Bradley & Reeves, Bridgeport, Conn. (William B. Rush, of Pullman, Comley, Bradley & Reeves, Bridgeport, Conn., on the brief), for defendants-appellants.

David S. Maclay, of Marsh, Day & Calhoun, Bridgeport, Conn., for plaintiff-appellee.

Before CLARK, FRIENDLY and MARSHALL, Circuit Judges.

PER CURIAM.

We are convinced that the judge fairly submitted the issues to the jury, and its verdict in favor of the plaintiff is amply supported by the evidence. The judgment is affirmed in open court.